UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JONAH LONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:13-cv-01619-JMS-DKL |
| | ) |
| MATTHEW KINKADE, D. YOUNG, | ) |
| J SORIA, J INGRAM, R. GRABER, | ) |
| | ) |
| Defendants. | ) |

**Entry Directing Final Judgment as to Defendant Travis Cline**

Summary judgment was entered in favor of defendant Travis Cline on February 11, 2015. Summary judgment was appropriate because Mr. Cline had no personal involvement in any of the alleged constitutional wrongs and was entitled to qualified immunity. Mr. Cline argues that his lack of personal involvement in this action raises a legal issue which is unique from the issues facing the remaining defendants such that he is entitled to the entry of final judgment as to all claims alleged against him.

The operative language of Rule 54(b) is as follows: "When an action presents more than one claim for relief ... or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." In this case, the claims against Mr. Cline are straightforward and unique. He was granted summary judgment because he had no personal involvement in the actions which form the basis of the claims alleged. The questions of fact remaining for resolution in this action against the other defendants are separate from the dispositive issue (lack of personal responsibility) which resolved the claims against Mr. Cline. Under these

circumstances, **there is no just reason for delay** in entering final judgment as to defendant Travis Cline. *HSBC Bank USA, N.A. v. Townsend*, 793 F.3d 771, 778 (7th Cir. 2015) (stating that Rule 54(b) requires an express determination that there is no just reason for delay). Because the resolution of the claims against Cline involved a discrete issue, this determination will not lead to duplicative appeals.

Accordingly, the motion for entry of final judgment [dkt. 142] in favor of Defendant Travis Cline is **granted.** Judgment in favor of Defendant Travis Cline pursuant to Rule 54(b) shall now issue.

**IT IS SO ORDERED.**

Date: September 16, 2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

JONAH LONG
103975
PENDLETON - CIF
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
PENDLETON, IN 46064